No. 63754.—Ross Products, Inc. v. United States, protest 59/18389 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 28, 1960

No. 63755.—Capitol Wine & Spirit Corp. v. United States, protests 89820–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in United States v. R. C. Williams & Co., Inc. (40 C.C.P.A. 130, C.A.D. 508), and Austin, Nichols & Co., Inc. v. United States (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

JANUARY 25, 1960

No. 63756.—John B. Hewett Co., Inc. v. United States, protest 58/15185(B).—

—C.D. 2140. Plaintiff's application for rehearing denied.

JANUARY 27, 1960

No. 63757.—SUITS 4985/4986.—United States v. Steinberg Bros.; and Steinberg Bros. v. United States, respectively.—

—C.D. 2030 affirmed December 7, 1959. C.A.D. 727.